# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

LUIS GONZALEZ, and all others similarly )
situated under 29 U.S.C. 216(b), )
                                          Plaintiff, )
   vs. )
 
J & P TILES INC., )
JUAN F. GRONLIER, )
LUIS GRONLIER, )
 
                                      Defendants. )

## SUMMONS IN A CIVIL ACTION

To:
**J & P TILES, INC.,**
**Registered Agent: GRONLIER, JUAN F**
**12262 S.W. 128TH ST.**
**MIAMI, FL 33186-2416**

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                                            _____

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

LUIS GONZALEZ, and all others similarly     )
situated under 29 U.S.C. 216(b),             )
                                             )
            Plaintiff,                       )
    vs.                                      )
                                             )
J & P TILES INC.,                            )
JUAN F. GRONLIER,                            )
LUIS GRONLIER,                               )
                                             )
            Defendants.                      )
_____      )

## SUMMONS IN A CIVIL ACTION

To:
**GRONLIER, JUAN F**
**12262 S.W. 128TH ST.**
**MIAMI, FL 33186-2416**

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LUIS GONZALEZ, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiff,<br>vs.<br><br>J & P TILES INC.,<br>JUAN F. GRONLIER,<br>LUIS GRONLIER,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To:
**Gronlier, Luis**
**11452 SW 73rd Terrace**
**Miami, FL 33173**

A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____