## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| LUIS GONZALEZ, and all others similarly situated under 29 U.S.C. 216(b),<br><br>     Plaintiff,<br> vs.<br><br>J & P TILES INC.,<br>JUAN F. GRONLIER,<br>LUIS GRONLIER,<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 18-CV-22332-JEM/ AOR |

### SUMMONS IN A CIVIL ACTION

To:
**J & P TILES, INC.,
Registered Agent: GRONLIER, JUAN F
12262 S.W. 128TH ST.
MIAMI, FL 33186-2416**

    A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       J.H. Zidell, Esq.
       J.H. Zidell P.A.
     300 71ST Street, Suite 605
     Miami Beach, Florida 33141

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jun 25, 2018
_____



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Doris Jones*_____
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| LUIS GONZALEZ, and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiff, <br> vs. <br><br> J & P TILES INC., <br> JUAN F. GRONLIER, <br> LUIS GRONLIER, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 18-CV-22332-JEM/ AOR |

**SUMMONS IN A CIVIL ACTION**

To:
**GRONLIER, JUAN F
12262 S.W. 128TH ST.
MIAMI, FL 33186-2416**

A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 25, 2018 _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Doris Jones
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LUIS GONZALEZ, and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiff, <br> vs. <br><br> J & P TILES INC., <br> JUAN F. GRONLIER, <br> LUIS GRONLIER, <br><br> Defendants. | 18-CV-22332-JEM/ AOR |

**SUMMONS IN A CIVIL ACTION**

To:
**Gronlier, Luis
11452 SW 73rd Terrace
Miami, FL 33173**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 25, 2018 _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Doris Jones
Deputy Clerk
U.S. District Courts