## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case No.: 1:18-cv-22332-JEM

LUIS GONZALEZ, and all others similarly
Situated under 29 U.S.C.216(b)

    Plaintiff,

v.

J&P TILES INC., JUAN F. GRONLIER,
LUIS GRONLIER

    Defendants.
_____/

## **DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendants, by and through undersigned counsel, hereby file the following response to Plaintiff's Statement of Claim [DE 7], as follows;

1. Plaintiff did not work all of the hours, and days, he claims to have worked in his statement of claim.

2. Plaintiff's Statement of Claim is based on unsupported exaggerated estimation of the hours Plaintiff allegedly worked for the Defendants.

3. Plaintiff's claims are barred to the extent that he did not actually work the hours he is alleging he is owed payment for.

4. Plaintiff's damages are barred by the provisions of Section 11 of the Portal-to-Portal Act, 29 U.S.C. §260, because the acts or omissions complained of, in any occurred, were done in good faith and with reasonable grounds for believing that the acts or omissions were not in violation of the FLSA.

5. Plaintiff's claims are barred by the provisions of Section 4 of the Portal-to-Portal Act, 29 U.S.C. §254, as to all hours during which he engaged in certain activities that were preliminary or postliminary to his principal activities.

6. Plaintiff fails to state a claim for liquidated damages because the allegations do not rise to the requisite standard required for liquidated damages under the FLSA. Defendants' actions were in good faith and they had reasonable grounds for believing that they were in compliance with the FLSA.

7. Plaintiff is not entitled to damages for hours not actually worked during any workweek.

8. Plaintiff has not met all of the requirements to bring a collective action under the FLSA.

Respectfully Submitted, this 31st day of July, 2018.

                LUBELL & ROSEN, LLC

*Attorneys for Defendants*
200 S. Andrews Ave, Suite 900
Fort Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax: (954) 755-2993
E-mail:   jhs@lubellrosen.com

By: *s/Joshua H. Sheskin*
    Joshua H. Sheskin, Esquire
    Florida Bar No. 93028

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2018, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            /s/ *Joshua H. Sheskin*
            Joshua H. Sheskin

## SERVICE LIST

*Luis Gonzalez, v. J&P Tiles Inc., et al*
Case No.: 1:18-cv-22332-JEM

| | |
|---|---|
| J.H. Zidell, Esq.<br>J.H. Zidell, P.A.<br>300 71st Street,<br>Suite 605,<br>Miami Beach, Florida 33141<br>zabogado@aol.com<br>*Counsel for Plaintiff* | Adi Amit, Esquire<br>LUBELL & ROSEN, LLC<br>200 S. Andrews Avenue,<br>Suite 900,<br>Fort Lauderdale, Florida 33301<br>adi@lubellrosen.com<br>*Counsel for Defendants* |