UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-CV-22332-JEM

LUIS GONZALEZ, and all others similarly )
situated under 29 U.S.C. 216(b), )
                                            Plaintiff, )
   vs. )

J & P TILES INC., )
JUAN F. GRONLIER, )
LUIS GRONLIER, )

                    Defendants. )
_____

**ELECTION TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

      In accordance with the provisions of Title 28 USC section 636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs          Yes_____          No_X___

2. Motions for Attorney's Fees    Yes_____          No_X____

3. Motions for Sanctions       Yes_____          No_X____

4. Motions to Dismiss         Yes_____          No_X____

5. Motions for Summary Judgment   Yes_____          No_X___

6. Trial                  Yes_____          No_X____

7. Other_____

8/1/18          /s/ NEIL TOBAK, ESQ.
(date)              (Signature)
                   Neil Tobak, Esq.
                   PRINTED NAME OF ATTORNEY
                   Attorney for Plaintiff

8/1/18          /s/ JOSHUA SHESKIN, ESQ.
                   Signature)

<u>Joshua Sheskin, Esq.</u>
PRINTED NAME OF ATTORNEY